UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| AMY BOWMAN, | Civil No. 2:18-CV-01222-BAT |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby **ORDERED** that the above-captioned case be **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will issue a favorable decision finding Plaintiff disabled as of May 15, 2012.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 4th day of January, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Page 1     ORDER - [2:18-CV-01222-BAT]