UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| AMY BOWMAN, | |
|---|---|
| Plaintiff, | CASE NO. 2:18-cv--01222-BAT |
| v. | **ORDER GRANTING EAJA FEES AND EXPENSES** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby **ORDERED** that:

Attorney fees of $3684.31 and expenses in the amount of $4.50 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, the EAJA attorney fees will be paid directly to the order of: Janet Leanne Martinez. Whether or not the EAJA fees and expenses are subject to any offset, payment of this award shall be made via check sent to Attorney Janet Leanne Martinez's address: Douglas Drachler McKee & Gilbrough, 1904 3rd Ave Suite 1030 Seattle, WA 98101.

DATED this 9th day of January, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING EAJA FEES AND EXPENSES - 1